# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS EARL PITTS, JR., | ) | No. CV 07-2153-PA (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| LLOYD HATFIELD, et al., | ) | |
| Defendants. | ) | |

Pursuant to the order adopting findings, conclusions and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 6, 2009

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE